UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERMAN VASQUEZ,

                Petitioner,

   v.

DEREK SANDERS,

                Respondent.

Case No. C25-6148-JHC-SKV

ORDER OF DISMISSAL

Having reviewed de novo the Report and Recommendation (R&R) of the Honorable S. Kate Vaughan, United States Magistrate Judge (Dkt. # 18), Petitioner's objections (Dkt. # 19), and the remaining record, the Court finds and ORDERS:

(1)     The Court agrees with the exhaustion analysis in the R&R.  Notably, the objections do not engage meaningfully with that analysis.  Thus, the Court ADOPTS the R&R.

(2)     Petitioner's petition for writ of habeas corpus is DENIED without an evidentiary hearing, and this action is DISMISSED without prejudice.

(3)     A certificate of appealability is DENIED.  *See* 28 U.S.C. § 2253(c).

(4)     The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

ORDER OF DISMISSAL - 1

Dated this 23rd day of April, 2026.

John H. Chun
_____
JOHN H. CHUN
United States District Judge

ORDER OF DISMISSAL - 2